in and for the United States District Court
of the middle District of Florida

Harrell Anthony Gaston III          8:22CV118WFJJSS
v.                    Case # 8:21CV1989TPB-AEP
Florida Et al.

A civil/criminal Complaint of Estoppel a civil/criminal Complaint origination in the Estopple Doctrine n. (76C) and Judicial Notices of Harrell's allegations in the above styled Writs of Habeas Corpus having currency and standing in the US Districts and States of Florida as objectified in Line Item format under Exhibit "CCC" below in this Petition/notices of Injustices criminal and civil.

Here Comes Harrell Pro Se IFP and informa Penitieun w/o Costs on fees in Challenges of the CRA filled HCSO GO # 2020-HS 513 952 in its Entirity including the Hardcopy ad folder and Cases # ① 20cf 9382 and ② 20cf 9383 n ③ 1990cf 7274 n ④ a conviction of F3 Level GTIII on 18 Jul 00 Case # unknown n Harrell ⑤ The unlawful Detainment under DOC # 479029 Statutory Charge of "Order for Transport" 10 JAN SDMT 259981 via unknown unnamed 2022 authority and violations of USCRA(64) a ttle Speedy trial Rule under USCRA(64) USC

clerk:
Please Cause 4 Judicial Notice
in/for
Dual ① 8:21CV1989 TPB-AEP
Case ② new petition

Harrell a Cason III
Pro Se Legal
id 709869
#28679-21
520 N. Faulkenburg rd
Tampa fl
33619

ref 821cv1989TPB-AEP

Elizabeth Warren
Clerk of US Court
801 N Florida Ave
Tampa fl
33602

Legal Mail

Pro Se
in forma Pauperis
di oppresso liber

MAILED FROM THE HILLSBOROUGH COUNTY JAIL
For inmate information:
http://hcso.tampa.fl.us

SCREENED BY USMS

11 JAN 2022 PM 4 L
Hasler
01/11/2022
US POSTAGE $00.53
FIRST-CLASS MAIL
ZIP 33619
011D11643980